IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-133-GCM

| | | |
|---|---|---|
| SHERRIE M. MARES, | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| CAROLINAS HEALTHCARE SYSTEM, | ) | |
| Defendant . | ) | |

**THIS MATTER** is before the court on its own motion. The Certification and Report of Attorneys' Conference in this case indicates that the parties request a status conference before entry of the scheduling order. Accordingly, the parties are directed to appear in Courtroom # 3 on **July 14, 2011 at 10:30 a.m.**

    **IT IS SO ORDERED.**　　　　　　　　Signed: June 30, 2011

_Graham C. Mullen_
Graham C. Mullen
United States District Judge