IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SHERRIE M. MARES, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 3:11-cv-133-GCM |
| CAROLINAS HEALTHCARE SYSTEM, | ) |
| Defendant. | ) |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COME NOW the parties, having fully resolved all matters as between them, Sherrie M. Mares (hereinafter "Plaintiff") and Carolinas Healthcare System (hereinafter "Defendant"), by and through their undersigned counsel, and file this Stipulation of Voluntary Dismissal with Prejudice. Pursuant to Rule 41 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P."), Plaintiff and Defendant, through their authorized representatives, hereby dismiss all claims brought in the above-captioned action with prejudice, with each party to bear their respective costs and fees. Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), this Stipulation of Dismissal with Prejudice is signed on behalf of all parties who have appeared in this action.

**WHEREFORE**, the parties respectfully submit their Stipulation of Voluntary Dismissal of this case with prejudice.

Respectfully submitted this 1ST day of May, 2012.

| | |
|---|---|
| /s/ S. Luke Largess | /s/ Kevin v. Parsons |
| NC State Bar No. 17486 | NC State Bar No. 19226 |
| Tin, Fulton, Walker, & Owen PLLC | Smith Parsons, *A Partnership of PLLCs* |
| 301 E. Park Avenue | 6060 Piedmont Row Drive, South, Suite 150 |
| Charlotte, NC 28203 | Charlotte, NC 28287 |
| Telephone: 704 338-1220 | Telephone: 704-557-9929 |
| Email: llargess@tinfulton.com | Email: kparsons@smithparsons.com |
| | |
| ***Attorney for Plaintiff*** | Matthew E. Orso |
| | NC State Bar No. 42409 |
| | Smith Parsons, *A Partnership of PLLCs* |
| | 6060 Piedmont Row Drive, South, Suite 150 |
| | Charlotte, North Carolina 28287 |
| | Telephone: 704-557-9929 |
| | Email: morso@smithparsons.com |
| | |
| | ***Attorneys for Defendant*** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing "Stipulation of Voluntary Dismissal with Prejudice" in the above-captioned proceeding has been electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send notification to the following:

S. Luke Largess
NC State Bar No. 17486
Tin, Fulton, Walker, & Owen PLLC
301 E. Park Avenue
Charlotte, NC 28203
llargess@tinfulton.com

This the 1ST day of May, 2012.

                                                  s/ Kevin v. Parsons
                                                Smith Parsons
                                                *A Partnership of PLLCs*
                                                NC State Bar No. 19226
                                                6060 Piedmont Row Drive, South
                                                Suite 150
                                                Charlotte, North Carolina 28287
                                                Telephone: 704-557-9929
                                                Email: kparsons@smithparsons.com